IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

LARA ROLLINS                                                                                  PLAINTIFF

v.                                                                        Civil No. 1:22-CV-00050-GHD-RP

WALMART STORES EAST, LP; et al.                                                    DEFENDANTS

## ORDER DISMISSING ACTION

The Court has been advised by counsel that this action has been resolved or is in the process

of being resolved.  Therefore, it is not necessary that the action remain upon the calendar of the

court.

The Court therefore ORDERS that this action be DISMISSED without prejudice.  The

Court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown

that the resolution of this matter has not been completed and further litigation is necessary.

SO ORDERED, this, the 29 day of July, 2022.

_____
SENIOR U.S. DISTRICT JUDGE