# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**LARA ROLLINS**                                                              **PLAINTIFF**

**VS.**                                                         **CIVIL ACTION NO. 1:22-CV-00050-GHD-RP**

**WAL-MART STORES EAST, LP and Fictitious
Defendants "A," "B," and "C," whether
singular or plural, those other persons,
corporations, firms or other entities whose
wrongful conduct caused or contributed to
cause the injuries and damages to Plaintiff,
all of whose true and correct names are
unknown to Plaintiff at this time, but
will be added by amendment when ascertained**         **DEFENDANT**

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** having come on for consideration on the *ore tenus* motion of Plaintiff, Lara Rollins, through her attorney, for entry of a Judgment of Dismissal to dismiss this cause with prejudice on the basis that all claims have been fully resolved and compromised, and the Court, understanding that the attorney for Defendant, Wal-Mart Stores East, LP joins this motion, finds that the relief requested is well founded and should be **GRANTED**.

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that the herein-styled and numbered cause be, and the same hereby is, dismissed with prejudice.

**SO ORDERED**, this the ___16___ day of ___Sept___, 2022.

_____
**UNITED STATES DISTRICT JUDGE**

**APPROVED AND AGREED TO BY:**

/s/ *Thomas M. Louis*                                        /s/ *Jessica M. Lennard*
Thomas M. Louis (MSB #8484)                   Jessica Lennard (MSB #105046)
Rajita Iyer Moss (MSB # 10518)                Slocumb Law Firm, LLC
Wells Marble & Hurst, PLLC                      2404 19th Street, Ste. 101
P. O. Box 131                                                    Gulfport, MS 39501
Jackson, MS 39205-0131                            *Attorney for Plaintiff*
*Attorney for Defendants*